CORNELE A. OVERSTREET
Regional Director
National Labor Relations Board, Region 28
NATHAN A. HIGLEY, ESQ.
Field Attorney
Nevada Bar No. 11988
ELISE F. OVIEDO, ESQ.
Field Attorney
Arizona Bar No. 030248, New Mexico Bar No. 145718
National Labor Relations Board, Region 28
300 Las Vegas Blvd. South, Suite 2-901
Las Vegas, Nevada 89101-5833
Tel:  (702) 388-6416
Fax:  (702) 388-6248
Email: *nathan.higley@nlrb.gov*
         *elise.oviedo@nlrb.gov*

Attorneys for the Petitioner

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>FLAMINGO CERP MANAGER, LLC on behalf of FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS,<br><br>Respondent. | Case No. 2:17-cv-01814-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONDENT'S DEADLINE TO RESPOND TO PETITIONER'S APPLICATION OF ORDER REQUIRING COMPLIANCE WITH SUBPOENA DUCES TECUM**<br><br>[FIRST REQUEST] |

WHEREAS, on June 30, 2017, Petitioner filed an application for enforcement of a

subpoena issued by a federal administrative agency; and

WHEREAS, on July 10, 2017, Respondent provided Petitioner with documents that Respondent represents are responsive to the subpoena.

NOW THEREFORE, based upon the foregoing, Petitioner and Respondent, by and through their respective counsel, stipulate to extend the deadline for Respondent to respond to Petitioner's Application of Order Requiring Compliance with Subpoena Duces Tecum from July 14, 2017 to August 11, 2017 to allow Petitioner to review the documents submitted by Respondent to determine whether Respondent has provided all documents responsive to the subpoena, thus obviating the need to pursue these subpoena enforcement proceedings further.

This is the first stipulated request to extend Respondent's deadline to respond. This joint request is made in good faith and not for the purpose of delay.

Dated: July 14, 2017                                  Dated: July 14, 2017

/s/ Elise F. Oviedo                                   /s/ Michael R. Hogue
Elise F. Oviedo, Esq.                                 Michael R. Hogue, Esq.
Nathan A. Higley, Esq.                                Associate
National Labor Relations Board                        Greenberg Traurig, LLP
Counsel for Petitioner                                Counsel for Respondent

**ORDER**

**IT IS HEREBY ORDERED** that Respondent's deadline to respond be extended from July 14, 2017 to August 11, 2017 to give Petitioner time to review the documents Respondent has submitted in response to the subpoena Petitioner is seeking to enforce.

Dated: July 19, 2017

*[signature: George Foley Jr.]*

UNITED STATES MAGISTRATE JUDGE

2