CORNELE A. OVERSTREET
Regional Director
National Labor Relations Board, Region 28
 ELISE F. OVIEDO, ESQ.
 NLRB Field Attorney
 Arizona Bar No. 030248, New Mexico Bar No. 145718
 NATHAN A. HIGLEY, ESQ.
 NLRB Field Attorney
 Nevada Bar No. 11988
 National Labor Relations Board, Region 28
 300 Las Vegas Blvd. South, Suite 2-901
 Las Vegas, Nevada 89101-5833
 Tel:  (702) 388-6416
 Fax:  (702) 388-6248
 Email: *elise.oviedo@nlrb.gov*
         *nathan.higley@nlrb.gov*

Attorneys for the Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>     Petitioner,<br><br> v.<br><br>FLAMINGO CERP MANAGER, LLC on behalf of FLAMINGO LAS VEGAS OPERATING COMPANY, LLC d/b/a FLAMINGO LAS VEGAS,<br><br>     Respondent. | Case No. 2:17-cv-01814-APG-GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

   WHEREAS, on June 30, 2017, Petitioner filed an application for enforcement of a subpoena issued by a federal administrative agency;

WHEREAS, on July 10, 2017, Respondent provided Petitioner with documents that Respondent represented are responsive to the subpoena; and

WHEREAS, Petitioner has reviewed the documents submitted by Respondent and determined that the documents are responsive to the subpoena, thus obviating the need to pursue these subpoena enforcement proceedings further.

NOW THEREFORE, based upon the foregoing, Petitioner and Respondent, by and through their respective counsel, enter into this stipulation of dismissal without prejudice.

Dated: August 10, 2017

/s/ Elise F. Oviedo
Elise F. Oviedo, Esq.
Nathan A. Higley, Esq.
National Labor Relations Board
Counsel for Petitioner

Dated: August 10, 2017

/s/ Michael R. Hogue
Michael R. Hogue, Esq.
Associate
Greenberg Traurig, LLP
Counsel for Respondent

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's Application for Order to Show Cause Requiring Compliance with Subpoena Duces Tecum Pursuant to Section 11(2) of the National Labor Relations Act, as amended (29 U.S.C. § 161(2)), and all further proceedings in this matter are dismissed without prejudice.

Dated: August 11, 2017

UNITED STATES DISTRICT COURT JUDGE

2